**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TAMMIE A. KELSEY,<br><br>                 *Plaintiff*,<br><br>    v.<br><br>LVNV FUNDING LLC,<br>ET AL.,<br><br>               *Defendants*. | Civil Action<br><br>No. 3:22 CV 01516-VLB<br><br><br><br><br><br>December 22, 2022 |

## **JOINT STATUS REPORT**

    The parties have reached a settlement, which includes an agreed upon settlement amount and a payment deadline for the receipt of such funds. The parties therefore expect to file closing documents within the next 90 days. The parties respectfully, request that, in light of these recent developments, the requirement of filing a 26(f) report be waived.

    Respectfully submitted.

 

                                                    THE PLAINTIFF,
                                                    TAMMIE A. KELSEY

                                                    /s/ Eric L. Foster_____
                                                    Eric Lindh Foster, Esq. (ct29740)
                                                    48 Main Street
                                                    Old Saybrook, CT 06371
                                                    203.533.4321 | 203.738.1024 f
                                                    efoster@lindhfoster.com

                                                    THE DEFENDANTS,
                                                    LVNV FUNDING, LLC, SCHREIBER LAW LLC

                                                    /s/ Jonathan M. Robbin_____
                                                    Jonathan M. Robbin (ct____)

- 2 -

                J Robbin Law
                200 Business Park Drive, Suite 103
                Armonk, NY 10504
                914.685.5106
                jonathanrobbin@jrobbinlaw.com

- 3 -

## **CERTIFICATION**

I hereby certify that on DECEMBER 22, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Eric L. Foster

_____

Eric Lindh Foster, Esq. (ct29740)